IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STANDARD TEXTILE CO., INC. | |
| Plaintiff, | Case No. 1:12-cv-807-MRB |
| Vs. | Judge: Michael R. Barrett |
| STEIN MART, INC. | |
| Defendant. | |

## DISMISSAL WITHOUT PREJUDICE

Plaintiff Standard Textile Co., Inc. hereby dismisses the present Complaint without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  March 9, 2013            /s/ Theodore R. Remaklus
Theodore R. Remaklus
   Trial Attorney
Kurt L. Grossman
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Tel.:  (513) 241-2324
Fax:  (513) 241-6234
E-mail: tremaklus@whe-law.com
            kgrossman@whe-law.com

Counsel for Plaintiff
Standard Textile Co., Inc.